FILED

JAN 27 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ALFREDO NAVARRO-GUTIERREZ, AKA Alfredo Navarro Gutierrez, AKA Alfredo Gutierrez Navarro,

Petitioner,

v.

LORETTA E. LYNCH, Attorney General,

Respondent.

No. 14-70730

Agency No. A078-098-725

MEMORANDUM[*]

On Petition for Review of an Order of the
Department of Homeland Security

Submitted January 20, 2016 [**]

Before:    CANBY, TASHIMA, and NGUYEN, Circuit Judges.

Alfredo Navarro-Gutierrez, a native and citizen of Mexico, petitions for

review of the Department of Homeland Security's ("DHS") May 9, 2013, order

reinstating his 1999 expedited removal order. Our review is "limited to confirming

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

the agency's compliance with the reinstatement regulations." *Garcia de Rincon v. DHS*, 539 F.3d 1133, 1136-37 (9th Cir. 2008). We dismiss the petition for review.

We lack jurisdiction to consider Navarro-Gutierrez's collateral attack on his 1999 expedited order of removal. *See id.* at 1137-38 (our jurisdiction is limited to reviewing "three discrete inquiries an immigration officer must make in order to reinstate a removal order: (1) whether the petitioner is an alien; (2) whether the petitioner was subject to a prior removal order, and (3) whether the petitioner re-entered illegally"); 8 U.S.C. § 1252(a)(2)(A), (e).

**PETITION FOR REVIEW DISMISSED.**